FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet 06-25 C

Plaintiff(s) or Petitioner(s)
Geary Energy, LLC

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Marcia G. Madsen

Firm Name: Mayer, Brown, Rowe & Maw, LLP

Post Office Box:

Street Address: 1909 K Street, NW

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: Phone: 202-263-3274
Fax: 202-263-5274

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 1 8
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: G S A
See attached sheet for three-digit codes.

Amount Claimed: $ See attached sheet
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☒ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**Addendum to Cover Sheet**

Explanation of the Nature of the Suit

This litigation seeks review of two Contracting Officer's final decisions: a November 17, 2005 decision terminating GearyEnergy, LLC for default on three of the four contracts GearyEnergy, LLC entered into with the GSA, and a December 8, 2005 decision assessing GearyEnergy, LLC with the costs of the GSA's reprocurement of the services for which GearyEnergy, LLC was defaulted.

Explanation of the Amount Claimed

This litigation seeks review of the $3,666,719.401 [sic] in reprocurement costs that the GSA assessed against GearyEnergy, LLC.