IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN - 6 2006
U.S. COURT OF FEDERAL CLAIMS

GearyEnergy, LLC, )
Plaintiff, )
vs. )
The United States, )
Defendant. )

No. 06-25 C

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff GearyEnergy, LLC does not have a parent company nor is there any publicly held company that owns 10 percent or more of its stock.

Respectfully submitted.

MARCIA G. MADSEN
DAVID F. DOWD
WILLIAM L. OLSEN
*Mayer, Brown, Rowe & Maw LLP*
*1909 K Street, N.W.*
*Washington, D.C. 20006*
*(202) 263-3274 (Phone)*
*(202) 263-5274 (Fax)*

*Attorneys for GearyEnergy, LLC*

January 6, 2006