IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEARYENERGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-25C<br>(Judge Allegra) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests an enlargement of time of 15 days, to and including March 22, 2006, within which to file and serve its response to plaintiff’s complaint. Defendant’s response is currently due on March 7, 2006. This is our first request for an enlargement of time. Defendant’s counsel has asked plaintiff's counsel whether plaintiff will oppose defendant’s request, but has not yet received a response.

The requested enlargement is necessary to provide sufficient time to permit defendant to prepare its response. Many of the knowledgeable officials at the contracting agency, the General Service Administration, are located in Washington State, and are still engaged in gathering and providing relevant information to agency counsel and to counsel at the Department of Justice. The additional time will permit defendant’s counsel to complete his consultations with agency counsel and permit review by supervisory lawyers at the Department of Justice.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 15 days, to and including March 22, 2006, to file our response to plaintiff’s complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

DAVID A. LEIB
Assistant General Counsel
U.S. General Services Administration
1800 F Street, N.W., Room 4124
Washington, D.C. 20045

February 28, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 28th day of February, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson