# In The United States Court of Federal Claims

No. 06-25C

(Filed: June 8, 2006)

GEARYENERGY, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A preliminary status conference will be held in this case on Tuesday, June 13, 2006, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge