# In The United States Court of Federal Claims

No. 06-25C

(Filed: June 23, 2006)

GEARYENERGY, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A preliminary status conference was held in this case on Tuesday, June 13, 2006. Participating in the conference were Marcia G. Madsen, for plaintiff, and Richard P. Schroeder for defendant. Based on the parties' joint preliminary status report and the discussions held at the conference, the court hereby **ORDERS** that on or before July 14, 2006, the parties shall file a joint status report indicating the parties' views on proceeding with full or partial summary judgment motions and subsequent briefing, or proceeding to discovery.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge