**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEARYENERGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-25C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 23, 2006 Order, the parties hereby provide the Court with a Joint Status Report concerning the parties' views on proceeding with full or partial summary judgment motions and proceeding to discovery. Counsel to the defendant, the United States, has authorized Geary to file this motion on the parties' behalf.

As an initial matter, the parties have begun exploring the possibility of settlement in this matter, and Geary has proposed a structure for a potential settlement to the Government, which the Government is still considering.

As to the issue of summary judgment motions and proceeding to discovery, the parties are currently discussing whether the scope of discovery should be limited and whether discovery should be temporarily delayed as settlement negotiations proceed.

A. Defendant's Position

The Government continues to believe that the issues of liability upon plaintiffs claims and the Government's counterclaim should be resolved through a dispositive motion pursuant to Rule 12(c) of the Rules of the United States Court of Federal Claims ("RCFC") and/or RCFC 56. The Government disagrees with plaintiff's position that discovery is necessary. Accordingly, the Government had expected to file a dispositive motion by August 23, 2006, seeking dismissal of

its complaint and judgment upon the issue of liability with respect to its counterclaim. However, in light of the views expressed by the Court at the June 13, 2006 status conference, the Government has proposed to defer filing its dispositive motion to provide the parties the opportunity to conduct limited discovery related to the liability issue. The Government further believes that broad discovery is unwarranted, and would result in unnecessary delay, and the unnecessary expenditure of the parties' time and resources. However, the Government agrees with the statement, below, that the parties should make further attempts to resolve their differences without Court intervention and be permitted to file an additional status report.

B. Plaintiff's Position

The Government first informed Geary this morning that the Government is willing to delay the filing of its summary judgment motion on the condition that Geary agrees to limiting discovery to the issue of liability. Geary has not had an opportunity to fully consider this proposal, but is concerned that this approach will (i) lead to inefficiencies in the discovery process (e.g., certain witnesses, such as the Contracting Officer, inevitably would be deposed twice — once on liability and once on damages — under the Government's plan); (ii) lead to unnecessary discovery disputes over whether a particular discovery request is relevant to the Government's liability; and (iii) be unworkable because the reasonableness of the Government's reprocurement costs, and hence the Government's entitlement to reprocurement costs, will be at issue in litigating Count III of the Complaint regarding the Government's failure to prove its entitlement to reprocurement costs. Moreover, access to information concerning the Government's reprocurement decisions will aid in moving settlement discussions.

Though the parties have been unable thus far to reach agreement on these issues, discussions are moving forward, and the parties hope to reach a resolution without the

intervention of the Court. As a result, the parties intend to provide the Court with a further Joint Status Report in 10 days, on July 24, 2006, at which point the parties hope to have reached an agreement regarding the scope of discovery.

Respectfully submitted,

/s/ Marcia G. Madsen

MARCIA G. MADSEN
DAVID F. DOWD
WILLIAM L. OLSEN
*Mayer, Brown, Rowe & Maw LLP*
*1909 K Street, N.W.*
*Washington, D.C. 20006*
*(202) 263-3274 (Phone)*
*(202) 263-5274 (Fax)*

*Attorneys for GearyEnergy, LLC*

Dated: July 14, 2006