# In The United States Court of Federal Claims

No. 06-25C

(Filed: July 27, 2006)

---

GEARYENERGY, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On July 14, 2006, and July 24, 2006, the parties filed joint status reports in this case indicating their respective views as to whether dispositive motions are warranted prior to the completion of full discovery. After reviewing these filings, the court hereby **ORDERS**:

1. On or before April 26, 2007, all discovery shall be completed.

2. On or before May 10, 2007, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

The court anticipates it will stay briefing on any dispositive motions filed prior to the closing of discovery.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge