**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEARYENERGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-25C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD**

Plaintiff, GearyEnergy respectfully seeks an enlargement of time, from April 26, 2007 through and including November 30, 2007, to complete discovery in this case. This is the first request for an enlargement of the discovery period, and both parties believe that discovery can be completed within the requested additional amount of time. Counsel for GearyEnergy has spoken to, and exchanged drafts of this motion with, government counsel, who agrees that the relief sought by plaintiff should be granted. The grounds for seeking an enlargement of time are set forth below.

Following the entry of the scheduling order in this case, the parties explored the possibility of entering into direct settlement negotiations without conducting any discovery. The Government has provided plaintiff its calculation of alleged damages (subject to revision and update). After discussing the issue with our client, undersigned counsel for plaintiff has determined that, prior to entering into settlement negotiations, the parties should exchange documents and conduct a limited number of depositions.

The parties' exploration of reaching a settlement without discovery and their subsequent understanding that some discovery would be required, in conjunction with

the press of other business, have made it impossible to complete discovery within the amount of time provided under the original schedule. Counsel for both parties intend to conduct sufficient discovery before they can determine whether a compromise of the parties' claims can be reached, or whether additional proceedings before the Court will be required. In the parties' best judgment, an additional seven months will enable them to conduct limited discovery, enter into settlement negotiations, and complete discovery if those negotiations are unsuccessful.

Accordingly, GearyEnergy respectfully requests that this unopposed motion for an enlargement be granted, and that the Court order that discovery in this case be completed by November 30, 2007.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3274 (phone)
(202) 263-5274 (fax)

Of Counsel:
LUKE LEVASSEUR
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006

*Attorneys for GearyEnergy, LLC*
April 18, 2007