# In The United States Court of Federal Claims

No. 06-25C

(Filed: April 20, 2006)

GEARYENERGY, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 18, 2007, plaintiff filed an unopposed motion for an enlargement of time to extend discovery from April 26, 2007, through November 30, 2007. The motion is hereby **GRANTED,** in part, and **DENIED,** in part. Accordingly:

1. On or before July 26, 2007, all discovery shall be completed. **No further enlargements of this deadline shall be granted.**

2. On or before August 9, 2007, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge