# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEARYENERGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-25C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S CONSENT MOTION TO STAY THIS CASE (OR, ALTERNATIVELY, TO SUSPEND PROCEEDINGS)

Pursuant to the Court's order dated April 21, 2007, plaintiff respectfully submits this motion to stay this case or, alternatively, to suspend these proceedings. The current discovery period is scheduled to be completed on or before July 26, 2007, and the Court previously ordered that the parties file a joint status report on or before August 9, 2007. This request comes at the conclusion of extensive settlement discussions between the parties, and government counsel has reviewed this motion and agrees that the relief requested is appropriate.

After extensive negotiations, the parties recently reached a tentative agreement to resolve this case in a manner that Government counsel has represented he will recommend for approval of the appropriate authority within the Department of Justice. A stay is sought to enable the Government to review an audited balance sheet being prepared by plaintiff in furtherance of the proposed settlement, to prepare the required settlement memorandum, and to submit the settlement memorandum for review and approval by the appropriate Department

of Justice officials. Further, the parties also must prepare a mutually acceptable settlement agreement.

Accordingly, we respectfully request that this consent motion for a stay (or suspension of proceedings) be granted.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
LUKE LEVASSEUR
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3274 (phone)
(202) 263-5274 (fax)

July 23, 2007

*Attorneys for Plaintiff*