# In The United States Court of Federal Claims

No. 06-25C

(Filed: July 31, 2007)

GEARYENERGY, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 23, 2007, the parties filed an unopposed motion to stay proceedings in this case. Although the motion is not framed in these terms, the court views it as a seeking a stay of the completion of discovery and, so viewed, the motion is hereby **GRANTED**.

In their motion, the parties have indicated that a complete settlement is likely, and that settlement discussions are continuing. Accordingly, on or before September 26, 2007, and every 59 days thereafter, the parties shall file a joint status report apprising the court of the status of settlement negotiations.

Should the settlement collapse, the parties should anticipate receiving only minimal time to complete discovery.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge