# In The United States Court of Federal Claims

No. 06-25C

(Filed: September 4, 2007)

GEARYENERGY, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On July 31, 2007, the court ordered the parties to file a joint status report apprising the court of the status of settlement negotiations on or before September 26, 2007, and every 59 days thereafter. For administrative convenience, the court hereby modifies that order as follows:

1. On or before September 26, 2007, and every 56 days thereafter, the parties shall file a joint status report apprising the court of the status of settlement negotiations.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge