**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEARYENERGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-25C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 4, 2007, the parties respectfully submit this status report. Since the Court stayed these proceedings, plaintiff has provided an audited balance sheet to Government counsel in furtherance of the proposed settlement. The Government is in the process of retaining an accounting firm to review the materials. When the Government completes its review, Government counsel will be required to prepare a settlement memorandum and to submit that memorandum for review and approval by the appropriate Department of Justice officials. Should the settlement be approved, the parties also must prepare a mutually acceptable settlement agreement.

In sum, the parties are in the process of completing their settlement in this case, subject to the appropriate approval process, and nothing has occurred that has changed their understanding that this matter can be resolved without the need for further judicial intervention. Accordingly, we respectfully request that this Court continue its stay and note that, per the Court's September 4 order, we will file a second status report within 56 days of this submission.

Respectfully submitted,

s/ Marcia G. Madsen

_______________________

MARCIA G. MADSEN
LUKE LEVASSEUR
MAYER BROWN, LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3274 (phone)
(202) 263-5274 (fax)

September 26, 2007

*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

*s/ Franklin E. White, Jr.*

FRANKLIN E. WHITE, JR.
Assistant Director

*s/ Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

September 26, 2006

Attorneys for Defendant