**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEARYENERGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-25C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 4, 2007, the parties respectfully submit this status report. Since the Court stayed these proceedings, plaintiff has provided an audited balance sheet to Government counsel in furtherance of the proposed settlement. The Government retained an accounting firm to review plaintiff's balance sheet, and defendant's accountant asked plaintiff to respond to several additional questions. Plaintiff has provided responsive information, and the Government's accountant and counsel will now complete their review.

Following the Government's review, Government counsel will be required to prepare a settlement memorandum and to submit that memorandum for review and approval by the appropriate Department of Justice officials. Should the settlement be approved, the parties also must prepare a mutually acceptable settlement agreement.

In sum, the parties are in the process of completing their settlement in this case, subject to the appropriate approval process, and nothing has occurred that has

changed their understanding that this matter can be resolved without the need for further judicial intervention. Accordingly, we respectfully request that this Court continue its stay; per the Court's September 4 order, we will file a third status report within 56 days of the (November 21) due date for this submission.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
LUKE LEVASSEUR
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3274 (phone)
(202) 263-5274 (fax)

November 20, 2007

*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

*s/ Franklin E. White, Jr.*

FRANKLIN E. WHITE, JR.
Assistant Director

*s/ Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

November 20, 2007

Attorneys for Defendant