**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEARYENERGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-25C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 4, 2007, the parties respectfully submit this joint status report. Since the Court stayed these proceedings, plaintiff has provided financial information to Government counsel in furtherance of the proposed settlement. The Government has retained an accounting firm to review plaintiff's financial information, and defendant and plaintiff have engaged in numerous discussions regarding certain questions posed by the accountant and the Government.

The accountant recently completed the required analysis, and plaintiff has provided the Government with the required formal written settlement proposal. Based upon the accountant's analysis, Government counsel can now prepare the required settlement memorandum, and submit that memorandum for review and action by the appropriate Department of Justice officials. Government counsel expects to do this expeditiously. Should the settlement be approved, the parties also must execute a mutually acceptable settlement agreement.

In sum, the parties have worked diligently upon the settlement, have resolved certain outstanding questions, and continue to believe that this matter can be resolved without the need for further judicial intervention. Accordingly, we respectfully request that this Court continue its

stay, and, per the Court's September 4 order, we will file another status report within 56 days of this submission.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
LUKE LEVASSEUR
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3274 (phone)
(202) 263-5274 (fax)

January 16, 2008

*Attorneys for Plaintiff*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

*s/ Franklin E. White, Jr.*

FRANKLIN E. WHITE, JR.
Assistant Director

*s/ Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

January 16, 2008

Attorneys for Defendant