**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEARYENERGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-25C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 4, 2007, the parties respectfully submit this joint status report.

In furtherance of the parties' settlement discussions, the Government retained an accounting firm to review plaintiff's financial information. Thereafter, the accountant completed the required analysis. The Government now is in the process of preparing the required internal settlement memorandum, to be submitted for review and action by the appropriate Department of Justice officials. Should the settlement be approved, the parties also must execute a mutually acceptable settlement agreement. In that regard, the Government is in the process of preparing a preliminary draft of the proposed settlement agreement, and expects to circulate it to plaintiff's counsel for comments shortly.

In sum, the parties have worked diligently upon the settlement, and continue to believe that this matter can be resolved without the need for further judicial intervention. Accordingly, we respectfully request that this Court continue its stay and, per the Court's September 4 order, we will file another status report within 56 days of this submission.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
LUKE LEVASSEUR
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3274 (phone)
(202) 263-5274 (fax)

March 12, 2008

*Attorneys for Plaintiff*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

*s/ Franklin E. White, Jr.*

FRANKLIN E. WHITE, JR.
Assistant Director

*s/ Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

March 12, 2008

Attorneys for Defendant