**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEARYENERGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-25C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND REQUEST TO FILE OUT-OF-TIME**

Pursuant to the Court's order dated September 4, 2007, the parties respectfully submit this joint status report. This status report was due on May 8, 2008. However, counsel for plaintiff (Levasseur) believed he had noted on his calendar the time to file this status report, but apparently failed to do so. Similarly, counsel for defendant was under the mistaken impression that the status report was not due until early June. Counsel for both parties apologize to the Court for missing the filing deadline, assure the Court that this will not occur in the future, and request leave to file this status report out of time. Counsel for plaintiff has informed their client that this status report is being filed out-of-time. Counsel for the Government has informed the supervising Deputy Assistant Attorney General that this status report is being filed out of time.

The Government has drafted the required internal settlement memorandum, and has submitted it for internal review and further action. Should the settlement be approved by the appropriate Department of Justice officials, the parties also must execute a mutually acceptable settlement agreement. In that regard, the Government has prepared a draft of the proposed settlement agreement and provided it to plaintiff's counsel for comment.

In sum, the parties have worked diligently upon the settlement, and continue to believe that this matter can be resolved without the need for further judicial intervention. Accordingly,

we respectfully request that this Court continue its stay and, per the Court's September 4 order, we will file another status report within 56 days of this submission.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
LUKE LEVASSEUR
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3274 (phone)
(202) 263-5274 (fax)

May 20, 2008

*Attorneys for Plaintiff*

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

*s/ Franklin E. White, Jr.*

FRANKLIN E. WHITE, JR.
Assistant Director

*s/ Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

May 19, 2008

Attorneys for Defendant