**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEARYENERGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-25C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 4, 2007, the parties respectfully submit this joint status report.

Since the last status report, the internal settlement memorandum was returned to undersigned Government counsel of record for revisions. Those revisions have been made and the settlement memorandum has been resubmitted. Should the settlement be approved by the appropriate Department of Justice officials, the parties also must execute a mutually acceptable settlement agreement. In that regard, since the last status report, plaintiff's counsel has made proposed changes to the Government's draft settlement agreement.

In sum, the parties have worked diligently upon the settlement and continue to believe that this matter can be resolved without the need for further judicial intervention. Accordingly, we respectfully request that this Court continue its stay and, per the Court's September 4 order, we will file another status report within 56 days of this submission.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
LUKE LEVASSEUR
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3274 (phone)
(202) 263-5274 (fax)

July 15, 2008

*Attorneys for Plaintiff*

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

*s/ Franklin E. White, Jr.*

FRANKLIN E. WHITE, JR.
Assistant Director

*s/ Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

July 11, 2008

Attorneys for Defendant