# In The United States Court of Federal Claims

No. 06-25C

(Filed: September 15, 2008)

GEARYENERGY, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant

## ORDER

On September 4, 2007, the court ordered the parties to file a joint status report every 56 days apprising the court of the status of settlement negotiations.

On September 9, 2008, the parties filed a joint status report. The report merely repeats developments noted in the prior two reports, which were filed on July 15, 2008, and May 20, 2008 respectively. Accordingly, if the next joint status report does not reveal that significant progress has been made toward settlement, this case will be restored to the active docket.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge